IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| PETESKI PRODUCTIONS, INC., *Plaintiff*, v. ROTHMAN, et al., *Defendants*. | § § § § § § § § § § | Civil Action No. 5:17-cv-122-JRG |

# ORDER

Before the Court are two Motions: (1) the Unopposed Motion by Defendant Leah Rothman to File, Non-Electronically and Under Seal, Video Recording in Support of Defendant's Motion for Summary Judgment (Dkt. No. 34) ("First Motion"); and (2) the Unopposed Amended Motion by Defendant Leah Rothman to File Video Recording and Transcription under Seal (Dkt. No. 38) ("Second Motion").

Defendant's First Motion (Dkt. No. 34) requests permission to file a certain video recording non-electronically and under seal. Having considered the First Motion, and noting the limitations of the electronic filing system, which does not permit a party to upload a video recording, the Court finds that the Motion should be **GRANTED**. Defendant is granted leave to file the video recording non-electronically, and the Court notes that as of Friday, August 18, 2017, it has received a physical copy of this video. Further, Defendant's request to maintain the video under seal is **GRANTED**.

The Court further **GRANTS** Defendant's Second Motion (Dkt. No. 38), which requests that the same video recording and its accompanying transcription (Dkt. No. 39) be filed under seal.

It is therefore **ORDERED** that the video filed non-electronically by Defendant shall remain **SEALED**. The transcription of such video shall also remain **SEALED**.

**So ORDERED and SIGNED this 21st day of August, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE